46

682 A.2d 1266

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**James Michael FOWLER, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 24, 1996.

*ORDER*

PER CURIAM:

AND NOW, this **24th** day of **September, 1996,** the Petition for Allowance of Appeal is granted, limited to the issue of whether counsel was ineffective for failing to move to suppress the tape-recorded conversation.